No. 85–1285. BAILEY *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 85–1289. VEILLETTE *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 85–1335. GILMERE, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF PATILLO *v.* CITY OF ATLANTA ET AL. C. A. 11th Cir. Certiorari denied.

No. 85–1357. BRAUER *v.* COLORADO. Sup. Ct. Colo. Certiorari denied.

No. 85–1373. MASSMAN CONSTRUCTION CO. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 85–1387. CESARONI ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 85–1389. LONE PINE STEERING COMMITTEE ET AL. *v.* UNITED STATES ENVIRONMENTAL PROTECTION AGENCY. C. A. 3d Cir. Certiorari denied.

No. 85–1443. CORDIS CORP. *v.* MEDTRONIC, INC. C. A. Fed. Cir. Certiorari denied.

No. 85–1466. JET INDUSTRIES, INC. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 85–1471. BOREAL RIDGE CORP. *v.* SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA IN AND FOR THE COUNTY OF WASHOE (TIETJEN, REAL PARTY IN INTEREST). Sup. Ct. Nev. Certiorari denied.

No. 85–1501. CORTLANDT NURSING HOME ET AL. *v.* AXELROD, COMMISSIONER OF HEALTH OF THE STATE OF NEW YORK, ET AL. Ct. App. N. Y. Certiorari denied.

No. 85–1504. MARITIME OVERSEAS CORP. ET AL. *v.* BRUNNER. C. A. 5th Cir. Certiorari denied.